FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 AUG 28  AM 9: 51
CLERK'S OFFICE
AT BALTIMORE
BY ___JB___ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     *     Criminal Action No. __WDQ 14 CV 2753__

FBI - US Marshals - Federal Court United States Attorney(s) Office
Defendant     *

******

### NOTICE OF APPEAL

For the Notice is hereby given that __Latesha Howell and her 3 Children are witnesses for the__ defendant in the above captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit the (circle one) order/judgment entered in this case on _____

_____.

__8-28-2014__
Date

__Latesha Howell__
Signature

__Latesha Latesha Howell__
Name (Print or Type)

__5100 Serenity Ct. Apt C__
Address

__Baltimore MD 21113__
City/State/Zip

__757-515-7491__
Phone No.                Fax No.

__latesihahowell@aol.com__

Notice of Appeal - Criminal (Rev. 01/2001)

Charges, Evictions, CPS, and any additional allegations that involved myself or my children were investigated and cleared. The state courts and hospital and detention center and other states and jurisdictions allege that because they are allowed to assault us and forced a dismissal in this case we have to continue in the same conditions, assaults, rapes, I have been told my children will die, I will to and that threats to the FBI hould occur and ATF the same. False mental allegations and we are being kidnapped and abducted unlawfully and held while being assaulted in different places. I need an attempt to issue a warrent or Detainer against myself or my children cleared and denied and any Placement that is outside of my care or custody denied and any Placement into mental facilities denied.

Lakeshia Howell
Lakesha
8-28-2014

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2014 AUG 28 AM 10:00
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY